**IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

**SATORIA LOVE**
**1900 C Street, SE**
**Washington, D.C. 20003**

**Plaintiff**

**v.** **Case No.** 2026-CAB-003967

**COSTCO WHOLESALE CORPORATION**
**2441 Market Street, NE**
**Washington, D.C. 20018**

**Serve:** **Registered Agent**
**CT Corporation System**
**1015 15th Street, NW**
**Suite 1000**
**Washington, D.C. 20005**

**Defendant**

## COMPLAINT

Plaintiff Satoria Love ("Plaintiff"), by and through her attorneys, Adam B. Katzen, Esquire, and Beiser Law Firm hereby sues Costco Wholesale Corporation ("Defendant"), and in support thereof states as follows:

## I. JURISDICTION AND VENUE

1. The subject incident occurred at a location owned and operated by Defendant at 2441 Market Street, NE, Washington D.C. 20018, and thus venue is proper.

2. That this Court has jurisdiction over the subject matter herein, pursuant to D.C. Code Sec. 11-1921, as amended.

## II. STATEMENT OF FACTS

3. On or about May 6, 2025, Plaintiff was a business invitee at a store owned and operated by Defendant located at 2441 Market Street, NE, Washington, D.C. 20018.

EXHIBIT
A

4. At that same date and location, a large amount of liquid had accumulated on the floor at or near the soda machine, with no sign or warning indicating there was a wet floor, therefore creating a dangerous condition.

5. As Plaintiff was walking through Defendant's store she slipped on the aforementioned liquid and fell to the ground.

6. As a result of her fall, the Plaintiff sustained personal injuries, resulting in medical and related expenses, lost wages and physical and emotional pain and suffering.

7. That at all times relevant, Plaintiff was not contributorily negligent, nor did she assume the risk of injury.

**COUNT I**
**Negligence**

8. All allegations of fact set forth in paragraphs 1 through 7 are incorporated herein by reference and are said to be read as though repeated in full.

9. Defendant, by and through its agents, servants and/or employees had knowledge, constructive or actual, of the accumulated liquid, and knew or should have known that this created a dangerous condition for a business invitee such as Plaintiff.

10. Defendant, by and through its agents, servants and/or employees failed to provide an adequate warning of the dangerous condition. Moreover, Defendant failed to post signs or warnings of the danger, and failed to direct business invitees such as the Plaintiff to stay clear of the area.

11. Defendant, by and through its employees and/or agents had a duty to use reasonable and ordinary care to keep its store safe for all customers and to protect the same from injury caused by unreasonable risk, which Defendant, by and through its

agents and/or employees, created, had knowledge of, or could have reasonably discovered.

12. That at all times relevant, Defendant was charged with the duty to inspect and maintain its property, and to warn those such as Plaintiff of the existence of any dangerous condition.

13. That notwithstanding the duty owed, as previously alleged, Defendant failed to use reasonable and ordinary care to keep its store safe and free of defects.

14. That despite the aforesaid duties, Defendant failed to take steps to direct invitees around the hazard, to warn invitees of the conditions that existed, and to generally exercise reasonable care.

15. That as a direct result of Defendant's negligence, Plaintiff sustained injuries.

15. That as a further direct and proximate result of Defendant's negligence, Plaintiff has been caused to suffer great economic and non-economic damages, including but not limited to medical and rehabilitation expenses, loss of wages, physical and emotional pain and suffering.

**WHEREFORE**, Plaintiff Satoria Love demands judgment against Defendant Costco Wholesale Corporation in the amount of One Hundred and Fifty Thousand Dollars ($150,000.00) plus costs and interest.

Respectfully Submitted,

Adam B. Katzen, Esquire #492410
Beiser Law Firm
909 Rose Avenue
Suite 750
North Bethesda, Maryland 20852
240-728-5797
akatzen@beiserlawfirm.com
Counsel for Plaintiff